Petition for Writ of Mandamus Denied and Memorandum Opinion filed July
2, 2007








 

Petition
for Writ of Mandamus Denied and Memorandum Opinion filed July 2, 2007.

 

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00517-CV

____________

 

IN RE JAMES D. BUTCHER and DEL MAR CAPITAL, Relators

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M   O P I N I O N

On June
26, 2007, relators filed a petition for writ of mandamus in this
court.  See Tex. Gov=t Code Ann. ' 22.221 (Vernon 2004); see also Tex. R. App. P. 52.  In the petition,
relators ask this court to compel the Honorable Mark Davidson, presiding judge
of the 11th District Court of Harris County to vacate his order striking relators= pleadings and prohibiting relators
from presenting witnesses or other evidence at trial.

Relators
have not established their entitlement to the extraordinary relief sought. 
Accordingly, we deny relators= petition for writ of mandamus and deny relators= related emergency motion to stay
trial. 

 








PER CURIAM

 

Petition Denied and Memorandum
Opinion filed July 2, 2007.

Panel consists of Justices Yates,
Edelman, and Seymore.